```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,           :    ORDER

            - v. -                  :
                                         08 Cr. 208
PARVINDER DOSANJ,
                                    :

                  Defendant.        :
- - - - - - - - - - - - - - - - - -X
```

Upon the application of the United States of America by Jeffrey Brown, Assistant United States Attorney; it is hereby ORDERED that the Indictment in this matter, 08 Cr. 208, be unsealed.

Dated:  New York, New York
        April 9, 2008

_____
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 9 2008