UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,                          :

                            Plaintiff,             :         Docket No. 08 Cr 211 (AKH)

     -against-                                           :         ORDER FOR ADMISSION
                                                                        *PRO HAC VICE*
PARVINDER DOSANJH,                                 :         ON ORAL MOTION

                            Defendant.         :
-----------------------------------------------------------X

Upon oral application of Ellen B. Resnick, Esq., sponsoring attorney for Thomas P. Sleisenger, and her affidavit declaration that Thomas P. Sleisenger is a member of the bar of the State of California and that he shall file forthwith a Certificate of Good Standing with the Clerk of the Court, and that the applicant's contact information is as follows:

        THOMAS P. SLEISENGER
        Law Offices of Thomas P. Sleisenger
        1901 Avenue of the Stars, Suite 615
        Los Angeles, California 90067
        California State Bar #100254
        Telephone: (310) 300-1314
        Facsimile: (310) 861-0152
        email: sleisengerlaw@yahoo.com

said applicant having requested *pro hac vice* to appear for all purposes as counsel for Parvinder Dosanjh in the above-entitled action.

IT IS HEREBY ORDERED that Thomas P. Sleisenger is admitted to practice *pro hac vice* as counsel for Parvinder Dosanjh in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of ths Court, including the Rules governing discipline of attorneys. If this action is

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the *pro hac vice* fee to the Clerk of the Court.

June 27, 2008
New York, New York

                                                   Hon. Alvin K. Hellerstein