

LAW OFFICES
## THOMAS P. SLEISENGER
A PROFESSIONAL CORPORATION

1901 AVENUE OF THE STARS
SUITE 615
LOS ANGELES, CALIFORNIA 90067

TELEPHONE (310) 300-1314
FACSIMILE (310) 861-0152
sleisengerlaw@yahoo.com

August 8, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08
```

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **United States v. Parvinder Dosanjh**
     **08 Cr. 211 (AKH)**

Dear Judge Hellerstein:

    I received notification today regarding the setting of oral argument on defendant's motion for discovery for the date of August 19, 2008 at 11:00 a.m. After conferring with the Assistant United States Attorney, I contacted your Courtroom Deputy, Sheila, and informed her that I was going to be in Alaska on that date and would be returning to Los Angeles on August 26, 2008.

    I requested that the matter be heard at the same time as the pretrial conference scheduled for September 12, 2008 at 11:00 a.m. The AUSA has no objection. Sheila informed me that the matter would be taken off calendar for the date of August 19, 2008 and that the matter would be heard either on September 12th or another date since the Court normally does not conduct motions hearings on pretrial conference dates. Sheila said that the Court would keep the parties posted as to the new hearing date.

    I did mention to Sheila that I had previously scheduled matters in California between August 26th and September 12, 2008, but would, in any event, wait to hear from the Court as to new motions hearing date.

Respectfully submitted,

THOMAS P. SLEISENGER

cc: Jeffrey A. Brown, Esq.
    USAO, SDNY

*[Handwritten note from Judge:] The argument is adjourned to Sep. 12, 2008 at 11:00 am; the motion will be heard at the time of the pre-trial conf. 8/12/08 /s/ AK Hellerstein*